UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISON

MARCIA DENNIS

  Plaintiff,    CASE NO.: 8:16-CV-01357-VMC-MAP

-vs-

PROG LEASING, LLC, d/b/a
PROGRESSIVE LEASING,

  Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Marcia Dennis, and the Defendant, Prog Leasing, L.L.C., d/b/a Progressive Leasing, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 8th day of May, 2017.

*/s/Frank H. Kerney, III, Esquire*
Frank H. Kerney, III, Esquire
Florida Bar #: 88672
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
fkerney@forthepeople.com
jkneeland@forthepeople.com
cfallara@forthepeople.com
Counsel for Plaintiff

*/s/ Jenny N. Perkins, Esquire*
Jenny N. Perkins, Esquire
Florida Bar#: 77570
Ballard Spahr, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tele: (215) 864-8378
Fax: (215) 864-8999
perkinsj@ballardspahr.com
Counsel for Defendant